IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW RYAN CUBBERLY,<br><br>Defendant. | CR 23-3-M-DWM<br><br>ORDER |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 20.) Defendant Matthew Ryan Cubberly entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

Accordingly, IT IS ORDERED:

THAT the United States' motion (Doc. 20) is GRANTED;

THAT Defendant Cubberly's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) ) and 26 U.S.C. § 5872(a):

- Remington Arms Company Inc., model 870 Super Mag, 12-gauge caliber, short-barreled shotgun, SN: RS25456H;

1

- KBI-HBG, model Charles Daly Field, 12-gauge caliber, short-barreled shotgun, SN: obliterated; and
- (4) rounds of assorted 12-gauge caliber ammunition.

THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this ___ day of April, 2023.

Donald W. Molloy, District Judge
United States District Court