IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW RYAN CUBBERLY,<br><br>Defendant. | CR 23-3-M-DWM<br><br><br><br>ORDER |

THIS matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 27.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

2. A preliminary order of forfeiture was entered on April 14, 2023. (Doc. 24.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 26.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 27) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a), free from the claims of any other party, the following property:

- Remington Arms Company Inc., model 870 Super Mag, 12-gauge caliber, short-barreled shotgun, SN: RS25456H;
- KBI-HBG, model Charles Daly Field, 12-gauge caliber, short-barreled shotgun, SN: obliterated; and
- (4) rounds of assorted 12-gauge caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court